# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

U.S. BANK NATIONAL ASSOCIATION,

       Plaintiff,

v.                                                    Case No:   6:14-cv-1326-Orl-22KRS

DORENE DEAN and CRAIG DEAN,

       Defendants.

## ORDER

This cause is before the Court on the Applications to Proceed in District Court Without Prepaying Fees or Costs (Doc. Nos. 4, 5) filed on August 18, 2014.

The United States Magistrate Judge has submitted a report recommending that the case be REMANDED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 19, 2014 (Doc. No. 10), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby REMANDED to the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida (Case No. 2008-12405-CIDL).

3. The Clerk is directed to terminate all pending motions as moot and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties